IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC COMMERCIAL SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> LVI ENVIRONMENTAL SERVICES, INC. and NORTHSTAR RECOVERY SERVICES, INC., <br><br> Defendants. | CIV. NO. 16-00245 JMS-KJM <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on October 29, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART

///

///

///

///

///

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS," ECF No. 186, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 14, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Pac. Commercial Servs., LLC v. LVI Envtl. Servs., Inc., et al.*, Civ. No. 16-00245 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendation